FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 31, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CORAL COLLINS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CINTAS CORPORATION NO. 3, a Nevada corporation,<br><br>Defendants. | No. 1:25-CV-03204-RLP<br><br>ORDER DENYING MOTION TO DISMISS AND GRANTING EXTENSION TO FILE RESPONSIVE PLEADING |

Before the Court is Defendant Cintas Corporation No. 3's Motion to Dismiss Plaintiff's Class Action Complaint, ECF No. 4, and Stipulated Motion to Extend Defendant's Time to Respond to Plaintiff's First Amended Complaint, ECF No. 8. The parties represent that the Motion to Dismiss has been mooted by the filing of the Amended Complaint, and Defendant requests an extension of fourteen days to file a responsive pleading. For good cause shown, the Court grants the request for an extension.

ORDER * 1

**ACCORDINGLY, IT IS ORDERED:**

1. Defendant Cintas Corporation No. 3's Motion to Dismiss Plaintiff's Class Action Complaint, **ECF No. 4**, is **DENIED as moot**.

2. The parties' Joint Stipulated Motion to Extend Defendant's Time to Respond to Plaintiff's First Amended Complaint, **ECF No. 8**, is **GRANTED**.

3. Defendant Cintas Corporation No. 3 shall file and serve a responsive pleading to Plaintiff Coral Collin's First Amended Complaint on or before January 14, 2026.

**IT IS SO ORDERED.**

**DATED** December 31, 2025.

REBECCA L. PENNELL
UNITED STATES DISTRICT JUDGE

ORDER * 2